[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 28, 2010
JOHN LEY
CLERK

No. 10-10597
Non-Argument Calendar

_____

D.C. Docket No. 0:09-cr-60197-JIC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GVON LA QUA WYCHE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 28, 2010)

Before CARNES, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Gvon La Qua Wyche appeals his sentence of 24 months of imprisonment for

conspiring to commit bank fraud. 18 U.S.C. § 371. Wyche challenges the enhancement of his sentence for his leading role in the offense. United States Sentencing Guideline § 3B1.1. We affirm.

The district court did not err by applying the aggravating role enhancement. Wyche orchestrated an extensive conspiracy to commit bank fraud. Id. § 3B1.1(a). Wyche recruited Leroy Thibou to enlist coconspirators into whose bank accounts Wyche transferred electronically money owned by the Bank of America. Wyche controlled the bank accounts, instructed the coconspirators how to withdraw the proceeds, and disbursed the proceeds. Wyche ordinarily received the largest percentage of the proceeds.

Even if the district court had erred in enhancing Wyche's sentence, that error would have been harmless. The district court stated that it would have imposed the same sentence regardless of whether the enhancement was applicable. See United States v. Keene, 470 F.3d 1347, 1348–49 (11th Cir. 2006).

Wyche's sentence is **AFFIRMED.**